IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **WEST COAST TRENDS, INC.** | § § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 6:10cv688 |
| | § | PATENT CASE |
| **OGIO INTERNATIONAL, INC.** | § § | |
| Defendant | § § § § | |

**ORDER**

Comes now the Court and pursuant to the status conference held on August 9, 2011, orders that the following dates be incorporated into the Docket Control Order which is due by August 31, 2011. Please retrieve the Consent Docket Control Order and Discovery Order from my website.

| | |
|---|---|
| *Markman* | February 23, 2012 at 9:00 a.m. before Judge John Love; |
| Pre-Trial Conference | September 20, 2012 at 9:00 a.m. before Judge John Love; |
| Jury Selection | October 1, 2012 at 9:00 a.m. before Judge John Love; and |
| Jury Trial | October 9, 2012 at 9:00 a.m. before Judge John Love. |

**So ORDERED and SIGNED this 17th day of August, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE